IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JUDGE LEO WILLIAMS, JR.**     **PLAINTIFF**
**ADC #136605**

V.     NO. 4:21-cv-00852-JM-ERE

**BERTHA LOWE,** *et al.*     **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.     Procedures for Filing Objections:**

This Recommendation for dismissal has been sent to United States District Judge James M. Moody, Jr. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Moody may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

**II.     Discussion:**

Plaintiff Judge Leo Williams, Jr., an inmate in the Arkansas Department of Correction, filed a *pro se* complaint, and applied for leave to proceed *in forma pauperis* ("IFP"). *Doc.1.*

A.     *In Forma Pauperis* Application

Prisoners who are allowed to file civil actions IFP still must pay a $350.00 filing fee. If a prisoner cannot afford to pay the filing fee in a lump sum, money is withdrawn from his prison trust fund account in monthly installments.

Mr. Williams' calculation sheet indicates that he is unable to pay an initial filing fee. However, Mr. William's present custodian is directed to collect, and send to the Clerk of the Court, monthly installments equal to 20% of the preceding month's income credited to Mr. William's prison trust account each time the amount in the account exceeds $10.00, until the $350 filing fee is fully paid.  To ensure proper credit, all payments should clearly reference this case, by name and number.

The Clerk of Court is directed to send a copy of this Order to the Pulaski County Detention Facility, 3201 West Roosevelt Road, Little Rock, Arkansas, 72204.

B.     Screening

The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).[1] In such cases, a court must summarily dismiss all claims that

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints, and to dismiss any claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(a) & (b). When making this determination, a court must accept the truth of the factual allegations contained in the

are frivolous or malicious, fail to state a claim upon which relief may be granted, or seek monetary relief from a defendant who is immune from liability.

Here, Mr. Williams brings a civil rights lawsuit *pro se* under 42 U.S.C. § 1983 alleging that Defendants violated the Health Insurance Portability and Accountability Act ("HIPPA") when "the results of a [COVID-19] test were not made available to [him], however the results are accessible to non-medical personnel via deputy station computers . . . ." *Doc. 2 at p. 4*. Mr. Williams seeks an award of money damages. *Id. at p. 5*. Because "HIPPA does not create a private right of action," Mr. Williams' proposed claim fails as a matter of law. *Dodd v. Jones*, 623 F.3d 563, 569 (8th Cir. 2010).

### III.  Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Judge Leo Williams, Jr's motion for leave to proceed *in forma pauperis* (*Doc. 1*) be GRANTED.

1. Mr. Williams' complaint *(Doc. 2)* be DISMISSED, without prejudice, pursuant to 28 U.S.C. § 1915A.

---

complaint, and it may consider documents attached to the complaint. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire*, 636 F.3d 976, 979 (8th Cir. 2011).

2. The Court certify that this dismissal constitutes a "strike" for purposes of 28 U.S.C. § 1915(g) and that an *in forma pauperis* of this dismissal would be frivolous and not taken in good faith.

DATED this 27th day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE