IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JUDGE LEO WILLIAMS, JR.**                                                                 **PLAINTIFF**
**ADC #136605**

V.                            NO. 4:21-cv-00852-JM-ERE

**BERTHA LOWE and ERIC HIGGINS**                                          **DEFENDANTS**

## ORDER

The Court has reviewed the recommendation submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff Judge Leo Williams, Jr's motion for leave to proceed *in forma pauperis* (Doc. 1) is GRANTED.

2. Plaintiff's complaint (Doc. 2) is DISMISSED, without prejudice.

3. The Court certifies that this dismissal constitutes a "strike" for purposes of 28 U.S.C. § 1915(g) and that an *in forma pauperis* of this dismissal would be frivolous and not taken in good faith.

Dated this 14th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE