IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JUDGE LEO WILLIAMS, JR.**  **PLAINTIFF**
**ADC #136605**

V.   NO. 4:21-cv-00852-JM-ERE

**BERTHA LOWE and ERIC HIGGINS**   **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed. All relief sought is denied, and the case is closed.

Dated this 14th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE